UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-03028-TLN-KJN<br><br>*Assigned for all purposes to*<br>*Hon. Troy L. Nunley*<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint filed: December 28, 2023<br>Trial Date: None Set |

The Court has reviewed and considered the Stipulation to Modify Scheduling Order ("Stipulation") filed by Plaintiff Flor Jimenez ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") (collectively, the "Parties").

For good cause having been shown, the Parties' Stipulation is **GRANTED**, and the deadlines are continued as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Close of Discovery Related to Class Certification | December 26, 2024 | March 26, 2025 |
| Deadline to Designate Experts Related to Class Certification | February 24, 2025 | April 25, 2025 |
| Deadline for Supplemental Expert Designation Related to Class Certification | March 26, 2025 | May 28, 2025 |
| Deadline to File Motion for Class Certification | June 24, 2025 | July 22, 2025 |

**IT IS HEREBY ORDERED.**

DATED: December 11, 2024

_____
Troy L. Nunley
Chief United States District Judge

ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER