1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-03028-TLN-CSK<br><br>*Assigned for all purposes to Hon. Troy L. Nunley*<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>Complaint filed: December 28, 2023<br>Trial Date:    None Set |

The Court has reviewed and considered the Stipulation to Extend Discovery Deadlines ("Stipulation") filed by Plaintiff Flor Jimenez ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") (collectively, the "Parties").

For good cause having been shown, the Parties' Stipulation is **GRANTED**, and the deadlines are continued as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Close of Discovery Related to Class Certification | March 26, 2025 | July 28, 2025 |
| Deadline to Designate Experts Related to Class Certification | April 25, 2025 | August 25, 2025 |
| Deadline for Supplemental Expert Designation Related to Class Certification | May 28, 2025 | September 29, 2025 |
| Deadline to File Motion for Class Certification | July 22, 2025 | November 17, 2025 |

**IT IS HEREBY ORDERED.**

DATED: March 6, 2025

_____
Troy L. Nunley
Chief United States District Judge