1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11
FLOR JIMENEZ, individually and on
behalf of all others similarly situated,

Case No.: 2:23-cv-03028-TLN-CSK

12

*Assigned to:*
*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*
*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*

Plaintiffs,

13

v.

14

**ORDER GRANTING STIPULATION TO
EXTEND DISCOVERY DEADLINES**

15
HYATT CORPORATION, a Delaware
Corporation; and DOES 1-10, inclusive,

16

Defendants.

17
Complaint filed:    December 28, 2023
Trial Date:         None Set

18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES

The Court has reviewed and considered the Stipulation to Extend Discovery Deadlines ("Stipulation") filed by Plaintiff Flor Jimenez and Defendant Hyatt Corporation (collectively, the "Parties").

For good cause having been shown, the Parties' Stipulation is **GRANTED**, and the deadlines are continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Discovery Related to Class Certification | July 28, 2025 | September 26, 2025 |
| Deadline to Designate Experts Related to Class Certification | August 25, 2025 | October 24, 2025 |
| Deadline for Supplemental Expert Designation Related to Class Certification | September 29, 2025 | November 26, 2025 |
| Deadline to File Motion for Class Certification | November 17, 2025 | January 16, 2026 |

**IT IS HEREBY ORDERED**

Dated: July 21, 2025

_____
Troy L. Nunley
Chief United States District Judge

ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES