UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYATT CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-03028-TLN-CSK<br><br>ORDER RE: DISCOVERY DISPUTE RULE 30(B)(6) DEPOSITION OF DEFENDANT<br><br>(ECF No. 68) |

An informal telephonic discovery conference was held on September 26, 2025 regarding the discovery dispute over Plaintiff Flor Jimenez's Rule 30(b)(6) deposition notice of Defendant Hyatt Corporation raised in the parties' joint letter brief (ECF No.68). Attorneys Thiago Coelho and Lauren Lendzion appeared for Plaintiff, and attorney Jonathan Marvisi appeared for Defendant. All parties agreed to abide by the Court's rulings at the informal discovery conference. For the reasons stated during the conference, the Court ruled as follows regarding the scope of Plaintiff's Rule 30(b)(6) deposition of Defendant:

**(1) Topics Relating to Narrowing of Rule 30(b)(6) Testimony**

　　a. <u>Topic 5</u>: granted in part and denied in part. This topic is limited to Defendant's policies, procedures, and/or guidelines as to its national website accessibility for visually impaired individuals from January 1, 2022

1

to December 31, 2024.

b. Topic 7: granted in part and denied in part. This topic is limited to Defendant's compliance from January 1, 2022 to December 31, 2024 with the Americans with Disabilities Act of 1990 as to its national website accessibility for visually impaired individuals as to barriers Plaintiff encountered.

c. Topic 8: granted in part and denied in part. This topic is limited as to Defendant's national website accessibility plan for visually impaired individuals from January 1, 2022 to December 31, 2024.

d. Topic 11: granted in part and denied in part. This topic is limited as to Defendant's design from January 1, 2022 to December 31, 2024 of its national website accessibility for visually impaired individuals as to barriers Plaintiff encountered.

e. Topic 13: granted in part and denied in part. This topic is limited to Defendant's compliance from January 1, 2022 to December 31, 2024 with WCAG 2.0 and WCAG 2.1 as to its national website accessibility for visually impaired individuals as to barriers Plaintiff encountered.

f. Topic 21: granted in part and denied in part. This topic is limited to complaints Defendant received from January 1, 2022 to December 31, 2024 relating to its national website accessibility for visually impaired individuals as to barriers Plaintiff encountered.

g. Topic 23: granted in part and denied in part. This topic is limited as to modifications and updates from January 1, 2022 to August 31, 2025 to Defendant's national website accessibility for visually impaired individuals as to barriers Plaintiff encountered.

h. Topic 24: granted in part and denied in part. This topic is limited as to barriers or defects from January 1, 2022 to August 31, 2025 in Defendant's national website accessibility for visually impaired individuals as to barriers

Plaintiff encountered.

**(2) Topics Relating to Refusal to Produce a Rule 30(b)(6) Witness**

    a. <u>Topic 6</u>: granted in part and denied in part. This topic is limited as to testing, audits, or evaluations from January 1, 2022 to December 31, 2024 of Defendant's national website accessibility for visually impaired individuals as to barriers Plaintiff encountered.

    b. <u>Topic 9</u>: denied.

    c. <u>Topic 10</u>: denied.

    d. <u>Topic 12</u>: denied.

    e. <u>Topic 14</u>: granted in part and denied in part. This topic is limited as to user testing from January 1, 2022 to December 31, 2024 Defendant's national website accessibility for visually impaired individuals as to barriers Plaintiff encountered.

    f. <u>Topic 15</u>: granted in part and denied in part. This topic is limited as to text equivalent for non-textual elements (alt-text) and linked images without alt-text within Defendant's national website from January 1, 2022 to December 31, 2024.

    g. <u>Topic 16</u>: denied.

    h. <u>Topic 17</u>: denied.

    i. <u>Topic 18</u>: denied.

    j. <u>Topic 19</u>: denied.

    k. <u>Topic 20</u>: denied.

    l. <u>Topic 22</u>: granted in part and denied in part. This topic is limited as to Defendant's non-privileged internal communications from January 1, 2022 to December 31, 2024 regarding Defendant's national website accessibility for visually impaired individuals as to barriers Plaintiff encountered.

/ / /

/ / /

Plaintiff must serve an amended Rule 30(b)(6) deposition notice consistent with this Order.

It is so ordered.

Dated:  September 29, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, jime3028.23