# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03028-TLN-CSK<br><br>*Assigned to:*<br>*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*<br>*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>Complaint filed: December 28, 2023<br>Trial Date: None Set |

The Court has reviewed and considered the Stipulation to Extend Discovery Deadlines ("Stipulation") filed by Plaintiff Flor Jimenez and Defendant Hyatt Corporation (collectively, "the "Parties").

For good cause having been shown, the Parties Stipulation is **GRANTED**, and the discovery cut-off is extended to October 13, 2025, solely for the purpose of conducting a deposition of Hyatt's 30(b)(6) witness.

**IT IS HEREBY ORDERED.**

Dated: September 30, 2025

_____
Troy L. Nunley
Chief United States District Judge