1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-03028-TLN-KJN<br><br>*Assigned for all purposes to Hon. Troy L. Nunley*<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES**<br><br>Complaint filed:  December 28, 2023<br>Trial Date:        None Set |

The Court has reviewed and considered the Stipulation to Extend Deadlines ("Stipulation") filed by Plaintiff Flor Jimenez ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") (collectively, the "Parties").

For good cause having been shown, the Parties' Stipulation is **GRANTED**, and the deadlines are continued as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline to Designate Experts Related to Class Certification | December 23, 2025 | March 23, 2026 |
| Deadline for Supplemental Expert Designation Related to Class Certification | January 22, 2026 | April 22, 2026 |
| Deadline to File Motion for Class Certification | January 16, 2026 | April 30, 2026 |

**IT IS HEREBY ORDERED.**

DATED: December 11, 2025

_____
Troy L. Nunley
Chief United States District Judge