1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-03028-TLN-CSK<br><br>*Assigned for all purposes to Hon. Troy L. Nunley*<br><br>[PROPOSED] **ORDER GRANTING TO EXTEND MOTION TO MAINTAIN CONFIDENTIALITY DEADLINE**<br><br>Complaint filed: December 28, 2023<br>Trial Date:      None Set |

1  The Court has reviewed and considered the Stipulation to Extend Motion to
2  Maintain Confidentiality Deadline ("Stipulation") filed by Plaintiff Flor Jimenez
3  ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") (collectively, the
4  "Parties").

5  For good cause having been shown, the Parties' Stipulation is **GRANTED**,
6  and Defendant's deadline to file any motion to maintain confidentiality to seven (7)
7  days after the Parties complete the meet-and-confer process.

**IT IS HEREBY ORDERED.**

Dated:  December 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, jime3028.23

---

~~[PROPOSED]~~ ORDER GRANTING TO EXTEND MOTION TO MAINTAIN CONFIDENTIALITY DEADLINE