# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-03028-TLN-CSK<br><br>*Assigned to:*<br>*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*<br>*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO SEAL DEPOSITION TRANSCRIPT OF DEFENDANT'S FED. R. CIV. P. 30(b)(6) CORPORATE REPRESENTATIVE TAKEN ON OCTOBER 22, 2025**<br><br>Complaint filed:      December 28, 2023 |

ORDER GRANTING STIPULATION AND JOINT MOTION TO SEAL

The Court has reviewed and considered the Stipulation and Joint Motion to Seal ("Stipulation") filed by Plaintiff Flor Jimenez ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") (collectively, the "Parties").

For good cause having been shown, the Parties' Stipulation is **GRANTED** to seal Exhibit 3 — the Deposition Transcript of Defendant's Designated Corporative Representative, Najia Sabir — attached to Plaintiff's Opposition to Rule 11 Motion [ECF No. 81].

**IT IS HEREBY ORDERED.**

DATED: March 19, 2026

_____

Troy L. Nunley
Chief United States District Judge

1

ORDER GRANTING STIPULATION AND JOINT MOTION TO SEAL