# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:23-cv-03028-TLN-CSK<br><br>*Assigned to:*<br>*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*<br>*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND EXPERT DISCLOSURE AND MOTION FOR CLASS CERTIFICATION FILING DEADLINES**<br><br>Complaint filed:    December 28, 2023<br>Trial Date:    None Set |

ORDER

The Court has reviewed and considered the Stipulation to Extend Expert Disclosure and Motion for Class Certification Deadlines ("Stipulation") filed by Plaintiff Flor Jimenez and Defendant Hyatt Corporation (collectively, the "Parties").

For good cause having been shown, the Parties' Stipulation is **GRANTED**, and the deadlines are continued as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline to Designate Experts Related to Class Certification | April 22, 2026 | May 22, 2026 |
| Deadline for Supplemental Expert Designation Related to Class Certification | May 22, 2026 | June 22, 2026 |
| Deadline to File Motion for Class Certification | June 1, 2026 | July 1, 2026 |

**IT IS HEREBY ORDERED.**

DATED: April 16, 2026

_____
Troy L. Nunley
Chief United States District Judge

1

[PROPOSED] ORDER