Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Lauren Lendzion, SBN 239184
*lauren.lendzion@wilshirelawfirm.com*
Jennifer M. Leinbach, SBN 281404
*jennifer.leinbach@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
Jesse S. Chen, SBN 336294
*jesse.chen@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03028-TLN-CSK<br><br>*Assigned to:*<br>*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*<br>*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*<br><br>**PLAINTIFF'S NOTICE OF COMPLIANCE RE: FILING INITIAL EXPERT DISCLOSURE PER ECF NO. 16;**<br><br>**PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENT**<br><br>**ECF No. 16; E.D. Cal. L.R. 141**<br><br>Complaint filed:     December 28, 2023<br>Trial Date:             None Set |

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

---

NOTICE OF COMPLIANCE AND NOTICE OF REQUEST TO SEAL

Per the Court's Amended Pretrial Scheduling Order [ECF No. 16], the designation/disclosure of expert witnesses must be "file[d] with the Court." ECF No. 16 § V at 2:22–23. Thus, in compliance with the Court's Amended Pretrial Scheduling Order, Plaintiff Flor Jimenez has filed her Expert Disclosure via CM/ECF.

The report attached as Exhibit 2 to Plaintiff Flor Jimenez's Expert Disclosure contains references to material designated confidential by Defendant Hyatt Corporation pursuant to the Stipulated Protective Order [ECF No. 33]. Per the parties' Stipulation to Retain Confidentiality Designations [ECF No. 109], the portions referencing the designated material have been redacted. By filing the redactions, Plaintiff does does not, and is not intended to, waive any argument regarding the propriety of the confidentiality designation of the Deposition Transcript of Defendant's Federal Rule of Civil Procedure 30(b)(6) Designated Corporative Representative, Najia Sabir. ECF No. 109 at 2:10–17.

In accordance with the Stipulation and Local Rule 141, Plaintiff files this notice. Per Local Rule 141(b), Plaintiff identifies the subject document as portions of paragraphs 24, 65, 95, and 110 of Exhibit 2 filed as part of Plaintiff's Expert Disclosure. The Request to Seal, Plaintiff's Expert Disclosure, and the proposed order were submitted to the Court's designated chambers email for proposed orders and served via email to all parties via their counsel of record.

Dated:  May 22, 2026

Respectfully submitted,

**WILSHIRE LAW FIRM, PLC**

/s/ *Jesenia A. Martinez*
Thiago M. Coelho
Lauren M. Lendzion
Jennifer M. Leinbach
Jesenia A. Martinez
Jesse S. Chen

*Attorneys for Plaintiff and the Proposed Class*

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

1
NOTICE OF COMPLIANCE AND NOTICE OF REQUEST TO SEAL