Nathan D. Chapman (SBN 338735)
nchapman@kcozlaw.com
Jonathan D. Marvisi (SBN 319170)
jmarvisi@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
707 Wilshire Blvd., Suite 4800
Los Angeles, CA 90017
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

Attorneys for Defendant
Hyatt Corporation

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  2:23-cv-03028-TLN-CSK<br><br>*Assigned to:*<br>*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*<br>*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*<br><br>**DEFENDANT HYATT CORPORATION'S NOTICE OF LODGING EXHIBITS FOR FRCP 26(A)(2) EXPERT DISCLOSURES**<br><br>Complaint Filed: Dec. 28, 2023 |

NOTICE OF LODGING EXHIBITS TO DEFENDANT'S FRCP 26(A)(2) EXPERT DISCLOSURES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Hyatt Corporation ("Hyatt" or "Defendant") hereby lodges with this Court the following exhibits to Defendant's Designation of Expert Disclosures. These exhibits will be provided via email links sent to tlnorders@caed.uscourts.gov, as well as on thumb drive that will be hand delivered to chambers.

- Exhibit C – Video 1
- Exhibit D – Video 2
- Exhibit E – Video 3

Dated:  May 23, 2026                                    KABAT CHAPMAN & OZMER LLP

By: _____
        NATHAN D. CHAPMAN
        JONATHAN D. MARVISI
        Attorneys for Defendant
        Hyatt Corporation

1

NOTICE OF LODGING EXHIBITS TO DEFENDANT'S FRCP 26(A)(2) EXPERT DISCLOSURES

**PROOF OF SERVICE**

**U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Blvd., Suite 4800, Los Angeles, California 90017.

On May 23, 2026, I served the foregoing document(s) described **DEFENDANT HYATT CORPORATION'S NOTICE OF LODGING EXHIBITS FOR FRCP 26(A)(2) EXPERT DISCLOSURES** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, CA.  Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY EMAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically emailed via the Court's ECF on the individual(s) listed on the attached mailing list.

☒ (Federal)  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 23, 2026, at Los Angeles, California

_____
Nathan D. Chapman

1
PROOF OF SERVICE

**SERVICE LIST**

Thiago M. Coelho
Shahin Rezvani
Jennifer M. Leinbach
Jesenia A. Martinez
Jesse S. Chen
Lauren Lendzion
Patrick O'Connor
WILSHIRE LAW FIRM, PLC
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*thiago@wilshirelawfirm.com*
*srezvani@wilshirelawfirm.com*
*jleinbach@wilshirelawfirm.com*
*jesenia.martinez@wilshirelawfirm.com*
*jchen@wilshirelawfirm.com*
*lauren.lendzion@wilshirelawfirm.com*
*patrick.oconnor@whilshirelawfirm.com*

2
PROOF OF SERVICE