Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Lauren M. Lendzion, SBN 239184
*lauren.lendzion@wilshirelawfirm.com*
Jennifer M. Leinbach, SBN 281404
*jennifer.leinbach@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
Jesse S. Chen, SBN 336294
*jesse.chen@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03028-TLN-CSK<br><br>*Assigned to:*<br>*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*<br>*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*<br><br>**NOTICE OF ERRATA RE: PLAINTIFF'S EXPERT DISCLOSURE**<br><br>**Fed. R. Civ. P. 26(a)(2)(B)**<br><br>[Filed in accordance with Amended Scheduling Order § V, ECF No. 16]<br><br>Complaint filed:  December 28, 2023<br>Trial Date:  None Set |

Plaintiff Flor Jimenez files this Notice of Errata to correct an inadvertent error in Plaintiff's Expert Disclosure, Exhibit 1, which consists of the expert report of Jon A. Krosnick, Ph.D., ECF No. 112-1. Plaintiff's Expert Disclosure (ECF No. 112) was timely filed on May 22, 2026 in accordance with the Court's Amended Scheduling Order § V (ECF No. 16).

Specifically, in preparing the voluminous report consisting of over 2,000 pages, Plaintiff meant to include **Appendix T**. Plaintiff is attaching to this Notice Appendix T meant to be included with Dr. Krosnick's report on May 22, 2026.

Dated:  May 29, 2026

Respectfully submitted,

**WILSHIRE LAW FIRM, PLC**

*/s/ Jesenia A. Martinez*
Thiago M. Coelho
Lauren M. Lendzion
Jennifer M. Leinbach
Jesenia A. Martinez
Jesse S. Chen

*Attorneys for Plaintiff and the Proposed Class*

WILSHIRE LAW FIRM, PLC
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

1

NOTICE OF ERRATA RE: PLAINTIFF'S EXPERT DISCLOSURE