# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-03028-TLN-CSK<br><br>*Assigned for all purposes to*<br>*Hon. Troy L. Nunley*<br><br>**ORDER GRANTING STIPULATION TO EXTEND SUPPLEMENTAL EXPERT DISCLOSURE AND MOTION FOR CLASS CERTIFICATION FILING DEADLINES**<br><br>Complaint filed:  December 28, 2023<br>Trial Date:        None Set |

ORDER

The Court has reviewed and considered the Stipulation to Extend Expert Disclosure and Motion for Class Certification Deadlines ("Stipulation") filed by Plaintiff Flor Jimenez ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") (collectively, the "Parties").

For good cause having been shown, the Parties' Stipulation is **GRANTED**, and the deadlines are continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Supplemental Expert Designation Related to Class Certification | June 22, 2026 | August 21, 2026 |
| Deadline to File Motion for Class Certification | July 1, 2026 | October 23, 2026 |

**IT IS HEREBY ORDERED.**

DATED: June 3, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER