# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOR JIMENEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HYATT CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,

Defendants.

Case No.:  2:23-cv-03028-TLN-CSK

**ORDER GRANTING DEFENDANT HYATT CORPORATION'S MOTION TO DEEM EXPERT DISCLOSURES TIMELY FILED, OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 6(b)(1)(B)**

Complaint filed: December 28, 2023
Trial Date:        None Set

ORDER

The Court, having reviewed and considered Defendant Hyatt Corporation's ("Defendant") Motion to Deem Expert Disclosures Timely Filed (the "Motion"), together with the Memorandum of Points and Authorities in support thereof, finds that: (1) Defendant's de minimis delay in electronically filing its expert disclosures through the Court's CM/ECF system resulted directly from a sudden, unforeseeable family medical emergency on the evening of the expert disclosure deadline of May 22, 2026, which was entirely outside counsel's reasonable control; (2) Defendant timely served its expert disclosures upon Plaintiff's counsel by electronic mail on May 22, 2026, the date of the deadline; (3) the CM/ECF filing was completed at approximately 4:32 a.m. PDT on May 23, 2026, approximately 4.5 hours after the close of business on the deadline date; (4) Plaintiff has suffered no cognizable prejudice from this de minimis delay; (5) Defendant and its counsel acted at all times in good faith; and (6) Plaintiff does not oppose Defendant's motion.

The Court also concludes Defendant has "excusable neglect" under Rule 6(b)(1)(B) and the four-factor equitable test in *Ahanchian v. Xenon Pictures, Inc.,* 624 F.3d 1253, 1261 (9th Cir. 2010).

**IT IS HEREBY ORDERED** as follows:

1.      Defendant's Motion to Deem Expert Disclosures Timely Filed is hereby **GRANTED**.

2.      Defendant Hyatt Corporation's expert disclosures electronically filed on May 23, 2026, at approximately 4:32 a.m. PDT, are hereby deemed timely filed under Federal Rule of Civil Procedure 26(a)(2) and this Court's Order (ECF No. 111).

DATED: June 15, 2026

_____
Troy L. Nunley
Chief United States District Judge