# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-03028-TLN-CSK<br><br>*Assigned to:*<br>*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*<br>*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO RETAIN CONFIDENTIAL DESIGNATIONS<br><br>Complaint filed:    December 28, 2023 |

The Court has reviewed and considered the Stipulation to Retain Confidential Designations ("Stipulation") filed by Plaintiff Flor Jimenez ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") (collectively, the "Parties") on April 15, 2026.  (ECF No. 109)

For good cause having been shown, the Parties' Stipulation is **GRANTED, nunc pro tunc to April 16, 2026.**

**IT IS HEREBY ORDERED.**

DATED: June 22, 2026

_____
Honorable Chi Soo Kim
United States Magistrate Judge

1
[PROPOSED] ORDER GRANTING STIPULATION TO RETAIN CONFIDENTIAL DESIGNATIONS