

# United States District Court
# Eastern District of California

Flor Jimenez

Plaintiff(s)

V.

Hyatt Corporation

Defendant(s)

Case Number: 2:23-cv-03028-TLN-CSK

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

C. Celeste Creswell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant, Hyatt Corporation

On 10/13/1997 (date), I was admitted to practice and presently in good standing in the Superior Court of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 07/06/2026          Signature of Applicant: /s/ C. Celeste Creswell

**Pro Hac Vice Attorney**

Applicant's Name:                    C. Celeste Creswell

Law Firm Name:                      Kabat Chapman & Ozmer LLP

Address:                            171 17th Street NW, Ste. 1550


City:            Atlanta              State:    GA      Zip:    30363

Phone Number w/Area Code:    (400) 400-7300

City and State of Residence:    Dalton. Georgia

Primary E-mail Address:    ccreswell@kcozlaw.com

Secondary E-mail Address:


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:                Nathan D. Chapman

Law Firm Name:                      Kabat Chapman & Ozmer LLP

Address:                            707 Wilshire Blvd., Suite 4800


City:            Los Angeles          State:    CA      Zip:    90017

Phone Number w/Area Code:    (213) 493-3980          Bar #    338735


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:  July 6, 2026                    _____
                                        JUDGE, U.S. DISTRICT COURT