**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

FLOR JIMENEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HYATT CORPORATION, a Delaware Corporation; and DOES 1 to 10, inclusive,

Defendants.

Case No. 2:23-cv-03028-TLN-CSK

*Assigned to:*
*Hon. Troy L. Nunley, Courtroom 2, 15th Floor;*
*Mag. Chi Soo Kim, Courtroom 25, 8th Floor*

**ORDER RE:**

**PLAINTIFF'S REQUEST TO SEAL RE: PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**

**E.D. Cal. L.R. 141**

Complaint filed: December 28, 2023
Trial Date: None Set

The Court has reviewed and considered the Request to Seal Re: Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Supporting Documents.

The Request is GRANTED.

IT IS HEREBY ORDERED.

DATED: August 17, 2026

Troy L. Nunley
Chief United States District Judge